IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOUG CHAVIS, AS FATHER
AND NEXT FRIEND OF
AUTHUR CHAVIS, A MINOR                                              PLAINTIFF

VS.                    CASE NO.  4:06CV0000975 JMM

SITE OIL COMPANY                                                     DEFENDANT

## ORDER

After reviewing plaintiff's Motion for Leave to Serve Additional Interrogatories and the proposed interrogatories, the Court will grant the motion (#21).

IT IS SO ORDERED THIS  15   day of   August  , 2007.

_____
James M. Moody
United States District Judge