IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOUG CHAVIS, AS FATHER
AND NEXT FRIEND OF
AUTHUR CHAVIS, A MINOR                                           PLAINTIFF

VS.                    CASE NO.  4:06CV0000975 JMM

SITE OIL COMPANY                                                 DEFENDANT

### ORDER

Plaintiff's Motion for Extension of Time to File Supplemental Response to Motion for Summary Judgement is granted (#29).  Plaintiff shall have up to, and including, November 23, 2007 to file the deposition of Officer Don C. McElhaney in response to the pending Motion for Summary Judgment.

Plaintiff's Motion to Seal is also granted (#30).  The Clerk of the Court is directed to seal docket entries #23, #24, #25, #26, #27, and #28.

IT IS SO ORDERED THIS   22   day of   October  , 2007.

James M. Moody
United States District Judge