# DOCUMENT FILED UNDER SEAL