IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOUG CHAVIS, AS FATHER AND
NEXT FRIEND OF
ARTHUR CHAVIS, A MINOR                                              PLAINTIFFS

VS.                          CASE NO. 4:06CV00975 JMM

SITE OIL COMPANY                                                     DEFENDANT

**ORDER**

The Court has been advised that this action has been settled.

IT IS THEREFORE ORDERED that the complaint is dismissed with prejudice.

The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are dismissed as moot, the trial scheduled for February 11, 2008 is cancelled, and the case is to be closed.

IT IS SO ORDERED this  14  day of December, 2007.

_____
James M. Moody
United States District Judge