IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOUG CHAVIS, As Father and Next Friend
of Arthur Chavis, A Minor                                                                PLAINTIFF

V.                                          NO. 4:06 CV 0000975 JMM

SITE OIL COMPANY                                                                        DEFENDANT

### ORDER GRANTING MOTION TO SEAL

On motion of the plaintiff the motion to seal this Court's order dated November 28, 2007 is granted. The motion itself is also ordered sealed.

The clerk of the court is directed to seal the plaintiff's Motion to Seal and this Court's order dated November 28, 2007.

IT IS SO ORDERED.

_____
DISTRICT JUDGE

DATE: Jan 4, 2008

1